# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Yalvi Hernandez**; DOB: 1988; Mexico<br>**Pablo Sanchez**; DOB: 1989; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-03293MJ |
| Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 8, 2022, in the District of Arizona, **Yalvi Hernandez** and **Pablo Sanchez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Lucio Sanchez-Espinoza and Ana Gabriele Silva-Castro, within the United States by means of transportation or otherwise, and to conceal, harbor and shield from detection said alien(s), all in furtherance of such violation of law, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 8, 2022, in the District of Arizona, United States Border Patrol Agents (BPAs) were called to the Siesta Motel in Nogales, Arizona, where Nogales Police Department (NPD) had discovered five illegal aliens inside a hotel room. NPD received a 911 call that the illegal aliens were being held against their will. The caretaker, later identified as **Yalvi Hernandez,** was also found in the room. **Pablo Sanchez** was detained in the parking lot and identified as the person who rented the room. All five illegal aliens inside the room, including Lucio Sanchez-Espinoza and Ana Gabriele Silva-Castro, stated they were citizens of Mexico and did not have the proper immigration documentation to enter or remain in the U.S. legally. After her arrest, bags of money were found in a fanny pack belonging to **Hernandez**, totaling $8,200. Nearby, a white 2009 Toyota Camry was identified by each illegal alien as the vehicle that picked them up and took them to the hotel room.

Material witness Lucio Sanchez-Espinoza stated after crossing into the United States illegally, she waited in the desert with one other person, until a white four-door sedan arrived to pick them up. The driver was later identified as **Pablo Sanchez**. Sanchez-Espinoza stated that **Pablo Sanchez** drove them to the Siesta Motel and they entered a room, where **Yalvi Hernandez** was already inside. Sanchez-Espinoza stated **Hernandez** took their phones, and then recorded them stating their names on camera. Sanchez-Espinoza further stated that **Pablo Sanchez** left and returned with three more people, including Ana Gabriele Silva-Castro.

Material witness Ana Gabriele Silva-Castro stated after crossing into the United States illegally, they were taken to a Walmart and then later picked up by **Pablo Sanchez** and taken to the Siesta Motel. Silva-Castro stated **Yalvi Hernandez** was already inside the room, and took their cellphones. She further stated that **Hernandez** said she would notify their families in Mexico that they arrived at the hotel.

Both material witnesses stated that when **Yalvi Hernandez** and **Pablo Sanchez** left the room at one point, Silva-Castro made a phone call to ask for help because they did not feel safe in the room, and NPD arrived soon after.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Lucio Sanchez-Espinoza and Ana Gabriele Silva-Castro

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA LP/lw | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Leslie A. Bowman/* | DATE<br>June 9, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54